UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAMSUN LOGIX CORP.,                 :
                                    :
                Plaintiff,          :   08 Civ. 9458 (VM)
                                    :
     - against -                    :   **ORDER**
                                    :
DALIAN DONG ZHAN GROUP CO. LTD.,    :
et al.,                             :
                                    :
                Defendants.         :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In light of the decision by the United States Court of Appeals for the Second Circuit in <u>The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd.</u>, 585 F.3d 58 (2d Cir. 2009), and in accordance with the telephone conference held in this case on December 14, 2009, it is hereby

**ORDERED** that the Clerk of Court is directed to enter judgment vacating the attachment order dated November 14, 2008 (Docket No. 4), provided that execution of the Court's judgment herein shall be stayed for twenty days from the date of entry of such judgment.

**SO ORDERED.**

Dated:   New York, New York
         04 January 2010

                                        Victor Marrero
                                           U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-10